4/27/05 Read OK ✓ [signature]

53urestp cad                                                    1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA

       v.                                    05 Cr. 336(CM)

                                                  Plea

WALTER RESTREPO,

         Defendant.

------------------------------------x

                                                White Plains, N.Y.
                                                March 30, 2005
                                                9:20 a.m.

Before:

                  THE HONORABLE MARK D. FOX,

                                        Magistrate Judge


                              APPEARANCES

DAVID N. KELLEY
    United States Attorney for the
    Southern District of New York
JASON P.W. HALPERIN
    Assistant United States Attorney


GEORGE FUFIDIO
    Attorney for Defendant


Also Present: MAGDA HYLFELT, Spanish Interpreter


             CHRISTINA M. ARENDS-DIECK, RPR, RMR, CRR
                       (914) 390-4103